UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Kenya Madison,<br><br>    Defendant.<br>_____/ | Case: 2:23-cr-20206<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 04-05-2023 At 03:33 PM<br>IND USA V KENYA MADISON (SS<br><br>Violations:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon*

On or about March 23, 2023, in the Eastern District of Michigan, Southern Division, the defendant, KENYA MADISON, knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: one Walther P99 AS, semi-automatic firearm, with an altered serial number; in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATIONS

*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in this Indictment, Kenya Madison, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461, any firearm or ammunition involved in said offense including but not limited to: one Walther P99 AS, semiautomatic firearm with an altered serial number.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

| | |
|---|---|
| *s/ Craig Wininger* | *s/ Barbara K. Lanning* |
| Craig Wininger | Barbara K. Lanning |
| Chief, Violent & Organized Crime Unit | Assistant United States Attorney |
| 211 W. Fort St., Suite 2001 | 211 W. Fort St., Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9569 | (313) 226-9103 |
| craig.wininger@usdoj.gov | barbara.lanning@usdoj.gov |

Dated: April 5, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20206<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 04-05-2023 At 03:33 PM<br>IND USA V KENYA MADISON (SS |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it acc

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)¹: | |
| ☐Yes ☑No | AUSA's Initials: BKL |

Case Title: USA v. Kenya Madison

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint  **[Case No. 23-mj-30121]**

### Superseding Case Information

Superseding to Case No: _____   Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

April 5, 2023
Date

Barbara Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
barbara.lanning@usdoj.gov
(313) 226-9103
Bar #: P79186

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.